**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Alcides Suarez         JOINT DEBTOR: Lisbey De La Cotera    CASE NO.: 11-12551 RAM
Last Four Digits of SS# __6418__    Last Four Digits of SS# __1938__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
$128.27 for months __1__ to __36__;

Administrative: Attorney's Fee - $ __3,500.00 + 150.00 Costs__   TOTAL PAID $ __1,575.00__
Balance Due   $ __2,075.00__   payable $100.00/month (Months __1__ to __20__)
                                payable $75.00/month (Months __21__ to __21__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
Address: _____   Arrears Payment    $_____/month (Months ____ to ____)
         _____   Regular Payment    $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
                             Payable   $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ __15.44__ /month (Months __1__ to __20__), Pay $40.44 /month (Months __21__ to __21__, Pay $115.44 /month (Months __21__ to __21__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Alcides Suarez                        /s/ Lisbey De La Cotera
Debtor                                    Co-Debtor
Date: 2/14/11                             Date: 2/14/11

LF-31 (rev. 01/08/10)